JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>      Plaintiff,<br><br>      v.<br><br>PITA, et al.,<br><br>      Defendant(s). | Case No. CV 16-5754-JGB (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: March 1, 2018

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE